

Brian J. Headley, Esquire
297 Seven Farms Drive, Suite 302
Daniel Island, SC, 29492
843-375-6181
843-375-6185(fax)
brian@headleyballard.com
Licensed in SC, WV, OH, VA, PA, KY

www.headleyballard.com

December 17, 2021

*Via Certified Mail, Return Receipt Requested*
Dennis Campbell, Claims Adjuster
P.O. Box 14452
Lexington, KY 40512

> Re:   Our Client:   Maria and John Louden for their minor child, R[REDACTED] L[REDACTED]
>       Claim No.:    4A21064FDD8-0001
>       Date of Visit: 06/25/2021

Dear Mr. Campbell:

As you know, we represent Maria and John Louden on behalf of their minor child, R[REDACTED] L[REDACTED], regarding the events that took place on the above-referenced date. We write now to summarize the facts surrounding the incident, the expenses to date, and to present our pre-suit settlement demand:

### I.   Facts Surrounding the Incident

On the morning of June 25, 2021, Maria Louden took her fifteen-year-old son, R[REDACTED] L[REDACTED], to the Kroger pharmacy in Parkersburg, West Virginia, to receive the second dose of his Pfizer Covid-19 vaccination. R[REDACTED] was taken into a private room without his mother where the vaccine was administered.

Later that same afternoon, Maria received a phone call from a Kroger pharmacist who informed her that the unsupervised medical student who administered R[REDACTED]'s vaccine had erroneously injected him with more of the vaccine than intended. In fact, the pharmacist told Maria that R[REDACTED] had been given at least five times the normal amount and that the vaccination had not been diluted as it should have been.

Over the following two days, R[REDACTED] suffered from a high fever, severe nausea, achiness, headache, and dizziness. Though R[REDACTED]'s parents were understandably concerned about the immediate side-effects he was experiencing, they were even more anxious about the unknown and uncertain potential for long-term negative consequences. Their fears were realized when, as the weeks passed, R[REDACTED] continued to experience headaches, fatigue, and, more notably, an obvious change in R[REDACTED]'s mental acuity. To this day, R[REDACTED] continues to struggle with forgetfulness,

*John and Maria Louden, on behalf of their minor child, R[REDACTED] L[REDACTED]*
December 17, 2021
Page 2



particularly the ability to remember a list of tasks or assignments given to him. When R[REDACTED] failed to return to his baseline after receiving the incorrect vaccine dosage, Maria had him evaluated by Dr. Lydia Roberts, a pediatrician. Dr. Roberts offered no solution to the problem but urged Maria to continue monitoring R[REDACTED] closely. A copy of R[REDACTED]'s medical records is attached as Exhibit "A," and the associated medical bills are attached as Exhibit "B."

Sadly, there is no way to know how long R[REDACTED] will persist in his compromised state, and the long-term consequences of a five-fold vaccine overdose may not be known for years. As such, Maria and John are now left with complete uncertainty about how this incident could affect their son in the months and years to come, and R[REDACTED] feels like a ticking time bomb of anxiety. While the unknowns are overwhelming, one fact is crystal clear: An unlicensed and unsupervised student administered a grossly inappropriate vaccine to a still-developing minor. Given the angst that has gripped the Country for the last two years while dealing with the Pandemic, we would expect a jury to be particularly attune to the Loudens' suffering and unavoidable consternation. As you are likely aware, West Virginia is a unique state in that it permits claims for medical monitoring, and these circumstances certainly cry out for long-term, regular medical checkups. We estimate that R[REDACTED]'s medical costs for such monitoring will amount to roughly $50,000 ($700/year for 70 years).

## II.     Conclusion

In light of the foregoing and based on the clear theory of liability demonstrated above, I am authorized to resolve R[REDACTED]'s claims for $150,000. Please be aware that if we cannot resolve these claims by January 14, 2022, we will proceed to file suit against your insured in the Circuit Court of Wood County, West Virginia.

Very truly yours,

Brian J. Headley

BJH/ecw
Enclosures