# Case Docket Entries

CC-54-2022-C-143

| | | | |
|---|---|---|---|
| Court: **Circuit** | County: **54 - Wood** | Created Date: **6/24/2022** | Security Level: **Public** |
| Judge: **Robert A. Waters** | Case Type: **Civil** | Case Sub-Type: **Medical Malpractice** | Status: **Open** |

Related Cases:

Style: **John Louden v. KROGER LIMITED PARTNERSHIP I**

| # | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 6/24/2022 2:08:37 PM | E-Filed | | Complaint |
| | 1-1  6/24/2022 | Civil Case Information Statement | | |
| | 1-2  6/24/2022 | Complaint - Complaint | | |
| | 1-3  6/24/2022 | Transmittal | | |
| | 1-4  6/24/2022 | Summons | | |
| 2 | 6/24/2022 2:08:37 PM | Judge Assigned | J-54004 | Robert A. Waters |
| 3 | 6/24/2022 2:08:37 PM | Party Added | P-001 | John Louden |
| 4 | 6/24/2022 2:08:37 PM | Party Added | P-002 | Maria Louden |
| 5 | 6/24/2022 2:08:37 PM | Party Added | D-001 | KROGER LIMITED PARTNERSHIP I |
| 6 | 6/24/2022 2:08:37 PM | Attorney Listed | P-001 | A-9667 - Brian Joseph Headley |
| 7 | 6/24/2022 2:08:37 PM | Attorney Listed | P-002 | A-9667 - Brian Joseph Headley |
| 8 | 6/24/2022 2:08:37 PM | Service Requested | D-001 | Secretary of State - Certified - Including Copy Fee |
| 9 | 7/12/2022 3:13:54 PM | E-Docketed | | Supporting Documents - Service return for Krogers Limited Partnership accepted service on 7/5/22 by SOS |
| | 9-1  7/12/2022 | Supporting Document - Service return for Krogers Limited Partnership accepted service on 7/5/22 by SOS | | |
| | 9-2  7/12/2022 | Transmittal | | |